UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT DELITTA,
              Plaintiff,

v.                                    **ORDER**

ANDREW SAUL,                          20 CV 5618 (VB)(PED)
Commissioner of Social Security,
              Defendant.
--------------------------------------------------------------x

       On July 21, 2020, plaintiff Robert Delitta commenced the instant action against Andrew Saul, Commissioner of the Social Security Administration. (Doc. #1).

       There is no indication on the docket that defendant has been served, and defendant has not appeared in the case. There also is no indication on the docket that plaintiff, pursuant to Fed. R. Civ. P. 4(b), has requested the issuance of a summons.

       Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before October 27, 2020, plaintiff shows good cause in writing for his failure to comply with Rule 4(m).

Dated: October 20, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge